UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CIVIL ACTION NO. 19-25-WOB-CJS

JOYCE PEDIGO                                                                                         PLAINTIFF

v.                                             **ORDER**

SPEEDWAY, LLC                                                                                      DEFENDANT

\* \* \* \* \* \* \* \* \* \*

Counsel for Defendant Speedway, LLC having contacted Chambers on September 29, 2020, to inform that the parties were able to reach a voluntary resolution of the case at their recent mediation; accordingly,

**IT IS ORDERED** as follows:

1)     The parties shall file their proposed Agreed Order of Dismissal of this action within thirty (30) days, the same being not later than **October 30, 2020.**

2)     All remaining case schedule deadlines in this matter are hereby **vacated** pending the parties' finalization of their settlement and filing of a proposed Agreed Order of Dismissal.

Dated this 30th day of September, 2020.



Signed By:
*Candace J. Smith*
United States Magistrate Judge

J:\DATA\Orders\civil cov\2019\19-25-WOB-CJS 30 day AOD order.docx