## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## NORTHERN DIVISION
## AT COVINGTON
## CIVIL ACTION NO. 2:19-cv-00025-WOB-CJS

JOYCE PEDIGO,                                                                                    PLAINTIFF

v.                                    **FINAL ORDER OF DISMISSAL**

SPEEDWAY, LLC,                                                                                  DEFENDANT

* * * * * * * * * * * * * * * * *

This day came the parties, by counsel, and announced to the Court that all matters in controversy between them have been compromised and settled, and jointly moved the Court to dismiss this action, with prejudice.

Accordingly, it is **ORDERED** that this civil action is hereby **DISMISSED WITH PREJUDICE** as fully compromised and settled.  It is further **ORDERED** that each party shall bear its own costs of this action.

The Clerk is directed to send a certified copy of this Final Dismissal Order to all counsel of record.

ENTER this _____ day of _____, 2020.

_____
HON. WILLIAM O. BERTELSMAN

**APPROVED BY:**

*/s/ Alexis B. Mattingly*
Alexis B. Mattingly, Esq. (KY Bar #91758)
**DINSMORE & SHOHL LLP**
611 Third Avenue
Huntington, West Virginia  25701
(304) 529-6181 Phone
(304) 522-4312 Fax
alexis.mattingly@dinsmore.com
**COUNSEL FOR DEFENDANT,
SPEEDWAY LLC**

and

*/s/ Brenton D. Stanley*
Brenton D. Stanley, Esq. (KY Bar #94925)
**MORGAN & MORGAN KENTUCKY, PLLC**
420 West Liberty Street, Suite 260
Louisville, KY 40202-3048
(502) 912-5906 (Phone)
(502) 912-6452 (Fax)
bstanley@forthepeople.com
**COUNSEL FOR PLAINTIFF,
JOYCE PEDIGO**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON
CIVIL ACTION NO. 2:19-cv-00025-WOB-CJS

JOYCE PEDIGO,                                                                                   PLAINTIFF

v.                                       **CERTIFICATE OF SERVICE**

SPEEDWAY, LLC,                                                                              DEFENDANT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

I hereby certify that a true and correct copy of the foregoing was this day served upon the following individual via filing with the United States District Court for the Eastern District of Kentucky CM/ECF system this 19th day of October, 2020:

Brenton D. Stanley, Esq.
**MORGAN & MORGAN KENTUCKY, PLLC**
420 West Liberty Street, Suite 260
Louisville, KY 40202-3048


                                                                    /s/ Alexis B. Mattingly

3